NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Julia Azrael (SBN 109049)
NEMECEK & COLE
16255 Ventura Boulevard, Suite 300
Encino, CA 91436-2300
Tel.: 818.788.9500/Fax: 818.501.0328
Email: jazrael@nemecek-cole.com

ATTORNEY(S) FOR: Progressive Select Insurance Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEVEN MORA | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-08506 |
| v. | |
| PROGRESSIVE SELECT INSURANCE COMPANY, a corporation; and DOES 1-30, inclusive | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant PROGRESSIVE SELECT INSURANCE COMPANY
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| STEVEN MORA | Plaintiff |
| PROGRESSIVE SELECT INSURANCE COMPANY | Defendant |

11/21/2022
Date

*Julia Azrael*
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant PROGRESSIVE SELECT INSURANCE COMPANY

CV-30 (05/13)                        NOTICE OF INTERESTED PARTIES

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 16255 Ventura Boulevard, Suite 300, Encino, CA 91436-2300.

On November 21, 2022, I served the foregoing document described as**: CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** upon the interested parties in this action addressed as follows:

Jason R. Bendel, Esq.
Toni Gesin
BENDEL LAW GROUP
11620 Wilshire Blvd., Suite 900
Los Angeles, CA 90025
Tel.: 310.362.6110
Fax: 310.317.7855
Email: jbendel@bendellaw.com
Email: toni@bendellaw.com
***Attorney for Plaintiff Steven Mora***

☐ **BY U.S. MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

☒ **BY ELECTRONIC MAIL [to individual person(s)]**: By electronically transmitting the document(s) listed above to the e-mail address(es) of the person(s) set forth on the attached service list from the e-mail address glee@nemecek-cole.com. To my knowledge, the transmission was reported as completed and without error. *See, California Rules of Court, Rule 2.251.*

☒ **BY ELECTRONIC FILING AND SERVICE**: I caused the document(s) listed above to be filed and served via the Court's Electronic Filing System through an approved third-party vendor, and such document(s) were electronically served on the addressee(s) at the email addresses noted above.

☐ **BY PERSONAL SERVICE**: I caused the delivery of such envelope by hand to the offices of the addressee.

Executed on November 21, 2022, at Encino, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Gabrielle Lee*
Gabrielle C. Lee

3210719.1