JULIA AZRAEL (SBN 109049)
Email: jazrael@nemecek-cole.com
**NEMECEK & COLE**
A Professional Corporation
16255 Ventura Boulevard, Suite 300
Encino, CA 91436-2300
Tel: (818) 788-9500 / Fax: (818) 501-0328

Attorney for PROGRESSIVE SELECT INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MORA<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE SELECT INSURANCE COMPANY, et al.<br><br>Defendant. | Case No.: 2:22-cv-08506 KS<br>Assigned to the Hon. Karen L. Stevenson<br>Complaint Filed: June 2, 2022<br><br>**ORDER DISMISSING CASE WITH PREJUDICE [~~PROPOSED~~]**<br><br>Trial Date: August 22, 2023 |

The court, having considered the stipulation of counsel regarding the settlement of the case and the proposed dismissal of the case with prejudice, now dismisses the complaint and all claims with prejudice.

IT IS SO ORDERED.

Date: April 18, 2023

By: _Karen L. Stevenson_ (signature)
_____
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE